Jacob A. Schroeder (State Bar No. 264717)
Email: jacob.schroeder@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6000
Facsimile: (650) 849-6666

Lionel M. Lavenue (*pro hac vice*)
Email: lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Defendants
Sony Interactive Entertainment LLC,
Sony Interactive Entertainment America LLC,
Sony Interactive Entertainment, Inc.,
Sony Corporation of America,
Sony Mobile Communications (USA) Inc., and
Sony Electronics Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARRIS SOLUTIONS, INC. and ARRIS ENTERPRISES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC; SONY INTERACTIVE ENTERTAINMENT AMERICA LLC; SONY INTERACTIVE ENTERTAINMENT, INC.; SONY CORPORATION OF AMERICA; SONY MOBILE COMMUNICATIONS (USA) Inc.; and SONY ELECTRONICS INC.,<br><br>Defendants. | CASE NO. 5:17-CV-01098-EJD<br><br>**STIPULATION TO EXTEND SONY'S DEADLINE TO SERVE INVALIDITY CONTENTIONS; AND [PROPOSED] ORDER**<br><br>Honorable Edward J. Davila<br><br>Jury Trial Demanded |

Plaintiffs ARRIS Enterprises LLC and ARRIS Solutions, Inc. (collectively, "ARRIS" or "Plaintiffs") and Defendants Sony Interactive Entertainment LLC, Sony Interactive Entertainment America LLC, Sony Interactive Entertainment, Inc., Sony Corporation of America, Sony Mobile Communications (USA) Inc., and Sony Electronics Inc. (collectively, "Sony" or "Defendants") hereby stipulate as follows:

## RECITALS

1. To avoid burdening the parties and Court with discovery disputes regarding ARRIS's infringement contentions, ARRIS has agreed to, by August 29, 2017, request this Court's permission to amend its infringement contentions, mooting all but one argument raised by Sony in that regard, for which there remains a dispute.

2. Sony has agreed to not oppose ARRIS's motion.

3. The parties have further discussed and jointly stipulate to a 14-day extension to Sony's deadline to serve invalidity contentions from August 29, 2017 (Dkt. 46) to September 12, 2017. More specifically, the parties stipulate and respectfully request that the Court modify the following dates in the case schedule as provided below (no other deadlines/dates will be effected):

| Event | Current Date | Proposed New Date |
|---|---|---|
| Sony's Invalidity Contentions and accompanying document production (Pat. L.R. 3-3; 3-4) | August 29, 2017 | September 12, 2017 |

## STIPULATION

The parties ask the Court to extend Sony's deadline to serve its invalidity contentions by fourteen (14) days to September 12, 2017.

**IT IS SO STIPULATED.**

Dated: August 23, 2017                  FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, LLP

By: */s/ Jacob A. Schroeder*
     Jacob A. Schroeder
     Attorney for Defendants
     Sony Interactive Entertainment LLC,
     Sony Interactive Entertainment America LLC,
     Sony Interactive Entertainment, Inc.,
     Sony Corporation of America,
     Sony Mobile Communications (USA) Inc., and
     Sony Electronics Inc.

Dated: August 23, 2017                  FISH & RICHARDSON P.C.

By: */s/ Michael R. Headley*
     Michael R. Headley
     Attorney for Plaintiffs
     ARRIS Enterprises LLC and
     ARRIS Solutions, Inc.

## **ATTESTATION**

I hereby attest that concurrence in the content and filing of this document has been obtained from Michael R. Headley.

Dated: August 23, 2017                  By: */s/ Jacob A. Schroeder*
     Jacob A. Schroeder
     Attorney for Defendants
     Sony Interactive Entertainment LLC,
     Sony Interactive Entertainment America LLC,
     Sony Interactive Entertainment, Inc.,
     Sony Corporation of America,
     Sony Mobile Communications (USA) Inc., and
     Sony Electronics Inc.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is hereby **ORDERED** that the deadline for Sony to serve its invalidity contentions is extended by fourteen (14) days to September 12, 2017.

Dated: August 24, 2017

_____
Honorable Edward J. Davila
United States District Judge