FISH & RICHARDSON P.C.

Michael Headley (CSB No. 220834)
headley@fr.com
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070 Fax: (650) 839-5071

Christopher O. Green *(admitted pro hac vice)*
cgreen@fr.com
Noah C. Graubart *(admitted pro hac vice)*
graubart@fr.com
Erin P. Alper *(admitted pro hac vice)*
alper@fr.com
Lawrence Jarvis *(admitted pro hac vice)*
jarvis@fr.com
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 Fax: (404) 892-5002

Attorneys for Plaintiffs
ARRIS ENTERPRISES LLC and ARRIS SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARRIS ENTERPRISES LLC and ARRIS SOLUTIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC;<br>SONY INTERACTIVE ENTERTAINMENT AMERICA LLC;<br>SONY INTERACTIVE ENTERTAINMENT, INC.;<br>SONY CORPORATION OF AMERICA;<br>SONY MOBILE COMMUNICATIONS (USA), INC.;<br>SONY ELECTRONICS INC.<br><br>Defendants. | Case No. 5:17-cv-01098-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO EXCHANGE PROPOSED CLAIM TERMS FOR CONSTRUCTION UNDER PATENT L.R. 4-1(a)**<br><br>Honorable Edward J. Davila<br><br>**JURY TRIAL DEMANDED** |

1    Plaintiffs ARRIS Solutions, Inc. and ARRIS Enterprises LLC (collectively, "ARRIS" or "Plaintiffs") and Defendants Sony Interactive Entertainment LLC, Sony Interactive Entertainment America LLC, Sony Interactive Entertainment, Inc., Sony Electronics Inc., Sony Corporation of America, and Sony Mobile Communications (USA), Inc. (collectively, "Sony" or "Defendants") hereby stipulate:

**RECITALS**

1. On June 26, 2017, the Court entered a Scheduling Order, setting August 29, 2017 as the deadline for Sony's Invalidity Contentions and accompanying document production under Patent L.R. 3-3 and 3-4. (Dkt. No. 46 at 2.)

2. On August 24, 2017, the Court granted the parties' stipulated extension of that deadline to September 12, 2017. (Dkt. No. 61 at 4.)

3. The Court's Scheduling Order also set September 12, 2017 as the deadline for the parties to exchange proposed claim terms for construction pursuant to Patent L.R. 4-1(a). (Dkt. No. 46 at 2.)

4. Accordingly, the deadline for Sony's Invalidity Contentions and accompanying document production under Patent L.R. 3-3 and 3-4 is now the same day as the deadline for the parties to exchange proposed claim terms for construction pursuant to Patent L.R. 4-1(a).

5. In view of the foregoing, the parties believe a one-week extension for the Patent L.R. 4-1(a) exchange, up through and including September 19, 2017, will allow the parties to more efficiently identify proposed claim terms for construction and possibly reduce the number of terms for construction, easing the burden on the parties and the Court.

6. This requested extension will not have any other impact on the case schedule.

| | | |
|---|---|---|
| 1 | **STIPULATION** | |
| 2 | The deadline for the parties to exchange proposed claim terms for construction pursuant to | |
| 3 | Patent L.R. 4-1(a) shall be continued to September 19, 2017. | |

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Exchange of proposed claim terms (Pat. L.R. 4-1(a)) | September 12, 2017 | September 19, 2017 |

IT IS SO STIPULATED.

Dated: September 8, 2017                                    FISH & RICHARDSON P.C.


By: /s/*Noah C. Graubart*
     Noah C. Graubart

ATTORNEY FOR PLAINTIFFS
ARRIS ENTERPRISES LLC
ARRIS SOLUTIONS, INC.

Dated: September 8, 2017                                    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP


By: */s/Lionel M. Lavenue*
     Lionel M. Lavenue

ATTORNEY FOR DEFENDANTS
SONY INTERACTIVE ENTERTAINMENT LLC;
SONY INTERACTIVE ENTERTAINMENT AMERICA LLC;
SONY INTERACTIVE ENTERTAINMENT, INC.;
SONY CORPORATION OF AMERICA;
SONY MOBILE COMMUNICATIONS (USA), INC.;
SONY ELECTRONICS INC.

## ATTESTATION

I hereby attest that concurrence in the content and filing of this document has been obtained from Lionel M. Lavenue.

By: */s/Noah C. Graubart*
    Noah C. Graubart

ATTORNEY FOR PLAINTIFFS
ARRIS ENTERPRISES LLC
ARRIS SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARRIS ENTERPRISES LLC and ARRIS SOLUTIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC;<br>SONY INTERACTIVE ENTERTAINMENT AMERICA LLC;<br>SONY INTERACTIVE ENTERTAINMENT, INC.;<br>SONY CORPORATION OF AMERICA;<br>SONY MOBILE COMMUNICATIONS (USA), INC.;<br>SONY ELECTRONICS INC.<br><br>Defendants. | Case No. 5:17-cv-01098-EJD<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO EXCHANGE PROPOSED CLAIM TERMS FOR CONSTRUCTION UNDER PATENT L.R. 4-1(a)**<br><br>Honorable Edward J. Davila<br><br>**JURY TRIAL DEMANDED** |

The deadline for the parties to exchange proposed claim terms for construction pursuant to Patent L.R. 4-1(a) shall be continued to September 19, 2017.

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Exchange of proposed claim terms (Pat. L.R. 4-1(a)) | September 12, 2017 | September 19, 2017 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2017     By: _____

Honorable Edward J. Davila
United States District Judge

4
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR
PARTIES TO EXCHANGE PROPOSED CLAIM TERMS FOR
CONSTRUCTION UNDER PATENT L.R. 4-1(a)
Case No. 5:17-cv-01098-EJD